NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| A. & M. WHOLESALE HARDWARE CO., INC., D/B/A A&M INDUSTRIAL, A NEW JERSEY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CIRCOR INSTRUMENTATION TECHNOLOGIES, INC., D/B/A HOKE, DEL VAL CONTROLS, INC., STEPHEN GREEN, ROBERT TAYLOR, RICHARD NOHA, AND MICHAEL TERRELL,<br><br>Defendants. | Civil Action No. 13-0475 (SDW) (MCA)<br><br><br>**ORDER**<br><br><br>February 24, 2014 |

**WIGENTON**, District Judge.

Before this Court are two Motions to Dismiss the Amended Complaint filed by Plaintiff A. & M. Wholesale Hardware Co., Inc., d/b/a A&M Industrial, a New Jersey Corporation ("A&M"), pursuant to Federal Rule of Civil Procedure 12(b)(6). One motion was filed by Defendants Circor Instrumentation Technologies, Inc., d/b/a Hoke; Robert Taylor; Richard Noha; and Michael Terrell (collectively, the "Hoke Defendants"). The other motion was filed by Del Val Controls, Inc. and Stephen Green (collectively, the "Del Val Defendants"). For the reasons stated in this Court's Opinion dated February 24, 2014, it is hereby

**ORDERED** that the Hoke Defendants' Motion to Dismiss is **DENIED**; and it is further

**ORDERED** that the Del Val Defendants' Motion to Dismiss is **DENIED**.

                                                s/ Susan D. Wigenton
                                                **Susan D. Wigenton, U.S.D.J.**

cc:     Madeline Cox Arleo, U.S.M.J.
          Parties